AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DAVID TRUONG | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 04-00568 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CIRCUIT CITY STORES, INC., ET AL., | December 12, 2005 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

The Court having issued its *"Order of Dismissal"* on December 2, 2005, IT IS ORDERED AND ADJUDGED that the Action is Dismissed with Prejudice, as pursuant to the provisions set forth in said *"Order of Dismissal"* filed December 2, 2005.

cc: All Counsel of Record

| December 12, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |